**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| DIGNITY HEALTH, a California not-for-profit healthcare corporation d.b.a. SIERRA NEVADA MEMORIAL HOSPITAL, MERCY SAN JUAN MEDICAL CENTER, MARK TWAIN MEDICAL CENTER SAN ANDREAS, SAINT FRANCIS MEMORIAL HOSPITAL, WOODLAND HEALTHCARE, and ST. MARY MEDICAL CENTER SAN FRANCISCO,<br><br>   Plaintiff,<br>v.<br><br>HEALTH CARE SERVICE CORPORATION, a Mutual Legal Reserve Co. d.b.a. BLUE CROSS AND BLUE SHIED OF TEXAS; and DOES 1 THROUGH 25, INCLUSIVE,<br><br>   Defendants. | 2022-cv-06969 |

**DEFENDANT HEALTH CARE SERVICE CORPORATION'S
REQUEST FOR ENTRY OF JUDGMENT**

Defendant Health Care Service Corporation requests that this Court enter final judgment in this case. In support thereof, Defendant states as follows:

1. On November 14, this Court granted HCSC's motion to dismiss in full. R.21. The Court stated that "Dignity is granted leave to amend its complaint by December 12, 2025. Absent timely amendment, final judgment in favor of HCSC will be entered."

2. The December 12 deadline has passed. Dignity has not filed an amended complaint. In fact, Dignity has filed a Notice of Appeal.

3. HCSC respectfully requests that this Court enter final judgment in favor of HCSC, dismissing the case with prejudice.

Respectfully submitted,

FALKENBERG IVES LLP

By:   */s/ Kirstin B. Ives*
Kirstin B. Ives
Tyler G. Johannes
Falkenberg Ives LLP
230 W. Monroe, Suite 2220
Chicago, IL 60602
312-566-4803
kbi@falkenbergives.com
tgj@falkenbergives.com

2